STATE OF NEW JERSEY v. DIMOKRITOS G. DIMOPLON.

March 19, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY SMITH.

March 19, 1985.

Petition for certification denied.

JOHN L. MILLING AND JULIEANN MILLING, HIS WIFE v. JOHN MAKRIDAKIS D/B/A MAKRIS BROS., ROLAND SCHARFSPITZ AND VERCESI AND SCHARFSPITZ, ARCHITECTS.

March 20, 1985.

This matter having been duly considered and the Court having determined that certification was improvidently granted (see 97 *N.J.* 682);

It is ORDERED that the within appeal be and hereby is dismissed.